IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02501-BNB

MARY S. PISHNEY,

    Plaintiff,

v.

DENVER PUBLIC SCHOOLS,

    Defendant.

---

ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.1D.

    Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

    DATED November 19, 2013, at Denver, Colorado.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge