IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02501-RM-MEH

MARY S. PISHNEY,

    Plaintiff,

v.

DENVER PUBLIC SCHOOLS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 26, 2014.**

    Before the Court is Plaintiff's Motion to Amend Complaint [filed March 10, 2014; docket # 26]. Defendant filed its response on March 25, 2014 [docket # 29], indicating that Defendant does not oppose Plaintiff's motion. Therefore, in the interest of justice pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff's motion is **granted**. The Clerk of the Court is directed to file the Second Amended Complaint found at docket # 26-1. Defendants shall respond to the Second Amended Complaint in accordance with Fed. R. Civ. P. 15 and all applicable local and federal rules.

    Further, the Court's March 25, 2014 minute order directing Plaintiff to file a supplement to its motion [docket # 28] is **withdrawn**. Plaintiff is no longer obligated to comply with that order.