IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02501-RM-MEH

MARY S. PISHNEY,

    Plaintiff,

v.

DENVER PUBLIC SCHOOLS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 11, 2014.**

    For good cause shown, the Joint Motion for Protective Order [filed July 10, 2014; docket # 44] is **granted**. The proposed Protective Order is accepted and filed contemporaneously with this minute order.