**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Case No. 13-cv-02501-RM-MEH

MARY S. PISHNEY,

      Plaintiff,

v.

DENVER PUBLIC SCHOOLS,

      Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS (ECF NO. 59)**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss With Prejudice filed September 15, 2014 (ECF No. 59).  The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay his/her or its own attorney's fees and costs.

DATED this 16th day of September, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge